JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| ALEJANDRO GARCIA SALINAS,<br><br>Petitioner,<br><br>v.<br><br>RICOLCOL,<br><br>Respondent. | Case No. 2:26-cv-10915-AB-DFM<br><br>JUDGMENT |

IT IS ADJUDGED that the Petition is summarily dismissed without prejudice for lack of jurisdiction.

Date: October 21, 2026

ANDRÉ BIROTTE JR.
United States District Judge